IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| TRUSTMARK INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.   04-2715 D/An |
| | ) | |
| MELVIN NEGELEIN,, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING MOTION FOR STAY OF ENTRY OF SCHEDULING ORDER

Before the Court is the parties' Joint Motion for Stay of Entry of Scheduling Order filed on April 1, 2005. Because Judge Donald entered an Order Granting the Motion to Compel Arbitration in this matter, the Court concludes that no Scheduling Conference is needed. Therefore, the Joint Motion for Stay of Entry of Scheduling Order is **DENIED**.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 05, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02715 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

William A. Lucchesi
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Malinda S. Siegel
SIEGEL & KROHN, P.C.
29 W. Susquehanna Ave.
Ste. 205
Towson, MD 21204

Worrick G. Robinson
ROBINSON REAGAN & YOUNG, PLLC
260 Cumberland Bend Dr.
Nashville, TN 37228

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT